**quinn emanuel** trial lawyers | silicon valley
555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

September 30, 2005

*VIA ELECTRONIC FILING AND HAND DELIVERY*

The Honorable Susan Illston
United States District Court
  Northern District of California
Courtroom 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> Re: *Transonic Systems, Inc.* v. *Fresenius USA, Inc. et al.*
>     (Civil Action No. C 03 4969 SI)

Dear Your Honor:

I am counsel for Transonic in the above-captioned case, and I am writing to respectfully request that the Court allow Transonic to file a reply brief on its pending cross-motion for summary judgment of infringement. Transonic requested that Fresenius consent to this request, but Fresenius would not agree to do so.

As Your Honor will likely recall, as a result of the July 25th decision in *Transonic Systems, Inc.* v. *Non-Invasive Medical Tech. Corp.* (Civ. No. 1:99-cv-00041-PGC (D.Utah), in which the Federal Circuit interpreted the claim term "calculating" in one of the two patents at issue here, the parties submitted a joint letter on August 9th requesting permission to simultaneously file supplemental opening and reply briefs on Fresenius' then outstanding motion for summary judgment and Transonic's cross-motion thereto.

On August 25th, the Court issued an Order denying the parties' request and setting a normal opening, opposition, and reply briefing schedule for Fresenius' motion for summary judgment of noninfringement. The Order also permitted Transonic to file a cross-motion for summary judgment of infringement on the same date as its opposition to Fresenius' motion, but did not provide for Transonic to file a reply on that cross-motion (Transonic filed a reply brief on its original cross-motion for summary judgment filed in November 2004).

**quinn emanuel urquhart oliver & hedges, llp**
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

Transonic respectfully requests that the Court allow Transonic to file a reply brief on its cross-motion for summary judgment of infringement one week after Fresenius files its opposition brief (on September 30th).  A proposed order is attached.

We appreciate Your Honor's attention to this matter.

Respectfully Submitted,

/Kevin P.B. Johnson

Enclosure

cc: Dan Alberti

36050

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRANSONIC SYSTEMS INC., | ) | No. C 03-04969 SI |
| Plaintiff, | ) ) | |
| v. | ) ) | **[PROPOSED] ORDER GRANTING LEAVE TO FILE REPLY BRIEF ON TRANSONIC'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| FRESENIUS USA, INC. and FRESENIUS MEDICAL CARE HOLDINGS, INC., | ) ) ) | |
| Defendants. | ) ) | |

In its Order dated August 25, 2005, the Court set a briefing schedule for the parties' respective summary judgment motions of non-infringement and infringement.

The Court hereby amends that schedule to include that Transonic may file a reply brief on its cross-motion for summary judgment on noninfringement **on or before October 7, 2005**.

**IT IS SO ORDERED.**

Dated: October ___, 2005

GRANTED
Judge Susan Illston

[PROPOSED] ORDER GRANTING LEAVE TO FILE REPLY BRIEF ON TRANSONIC'S CROSS-MOTION FOR SUMMARY JUDGMENT