1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Kevin P.B. Johnson (Bar No. 177129)
2    Todd M. Briggs (Bar No. 209282)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100

5  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Edward DeFranco (Bar No. 165596)
6  335 Madison Avenue, 17th Floor
   New York, NY 10017
7  Telephone:    (212) 702-8100
   Facsimile:    (212) 702-8200

8
   Attorneys for Plaintiff
9  Transonic Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSONIC SYSTEMS, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>FRESENIUS USA, INC., a Massachusetts corporation; FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C 03-4969 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE FRESENIUS' BILL OF COSTS**<br><br>The Honorable Susan Illston |

Case No. C 03-4969 SI

STIPULATION AND [PROPOSED] ORDER

1     **WHEREAS** the Court entered judgment in favor of Defendant Fresenius USA, Inc. and Fresenius Medical Care Holdings, Inc. ("Fresenius") on April 17, 2006 (Docket No. 259);

    **WHEREAS** Fresenius filed a Bill of Costs on April 27, 2006 (Docket No. 260);

    **WHEREAS** Plaintiff Transonic Systems, Inc. ("Transonic") filed a Notice of Appeal to the Court of Appeals for the Federal Circuit on May 9, 2006 (Docket No. 262);

    **WHEREAS** Transonic filed Objections to Fresenius' Bill of Costs on May 15, 2006 (Docket No. 263);

    **WHEREAS** Transonic and Fresenius subsequently conferred and agreed that it is premature to tax costs in this action in light of the pending appeal to the Federal Circuit;

    **NOW, THEREFORE**, the parties to this action hereby **AGREE AND STIPULATE** as follows:

    (1) The Clerk shall not tax costs in this action at this time in light of the pending appeal to the Federal Circuit; and

    (2) Upon resolution of the appeal, the parties will address bill of costs issues in accordance with the Local Rules and consistent with the Federal Circuit's decision.

DATED: May 17, 2006      QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

By    /s/ Kevin P.B. Johnson /s/
          Kevin P.B. Johnson
    Attorneys for Plaintiff Transonic Systems, Inc.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | DATED: May 17, 2006 | MCDERMOTT WILL & EMERY LLP |

By   /s/ Kevin P.B. Johnson /s/ for
     David M. Beckwith
Attorneys for Plaintiff Transonic Systems, Inc.

I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE FRESENIUS' BILL OF COSTS. Pursuant to General Order 45.X.B, I hereby attest that David M. Beckwith, counsel for Fresenius, has concurred in this filing.

-3-

Case No. C 03-4969 SI

STIPULATION AND [PROPOSED] ORDER

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4  DATED: _____ \_\_\_, 2006

5

6  _____
7  The Honorable Susan Illston
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-  Case No. C 03-4969 SI

STIPULATION AND [PROPOSED] ORDER