UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSONIC SYSTEMS, INC., a New York corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>FRESENIUS USA, INC., a Massachusetts corporation; FRESENIUS MEDICAL CARE HOLDINGS, INC., a New York corporation,<br><br>        Defendants. | **CASE NO. C 03-4969 SI**<br><br>**STIPULATION RE BILL OF COSTS**<br><br>The Honorable Susan Illston |

**WHEREAS** Fresenius USA, Inc. and Fresenius Medical Care Holdings, Inc. ("Fresenius") and Transonic Systems, Inc. ("Transonic") previously agreed to address bill of costs issues following resolution of Transonic's appeal to the Federal Circuit;

**WHEREAS** the Federal Circuit affirmed the district court's judgment and Transonic subsequently filed a petition for panel rehearing;

**WHEREAS** Transonic and Fresenius agree that if the Federal Circuit denies Transonic's petition for panel rehearing, Transonic will pay Fresenius costs in the amount of $21,500 which will be due 30 days after the Federal Circuit's decision on Transonic's petition;

**NOW, THEREFORE**, the parties to this action hereby **AGREE AND STIPULATE** as follows:

If the Federal Circuit denies Transonic's petition for panel rehearing, Transonic will pay Fresenius costs in the amount of $21,500.00, which will be due 30 days after the Federal Circuit's decision on Transonic's petition.

Dated: February 20 , 2007          McDERMOTT WILL & EMERY LLP


          /s/ David M. Beckwith
          DAVID M. BECKWITH
          Counsel for Defendants FRESENIUS USA, INC., and FRESENIUS MEDICAL CARE HOLDINGS, INC.

Dated: February 20, 2007          QUINN EMMANUEL URGUHART OLIVER & HEDGES, LLP


          /s/ Todd M. Briggs
          TODD M. BRIGGS
          Counsel for Plaintiff TRANSONIC SYSTEMS, INC.

STIPULATION RE BILL OF COSTS          -1-          CASE NO. 03-4969 SI

1  I, David M. Beckwith, am the ECF User whose identification and password are being used to file this Stipulation re Bill of Costs. Pursuant to General Order 45.X.B, I hereby attest that Todd M. Briggs, counsel for Transonic, has concurred in this filing.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____      _____
　　　　　　　　　　　　　　　The Honorable Susan Illston
　　　　　　　　　　　　　　　United States District Judge

SDO 57798-1.052942.0056

STIPULATION RE BILL OF COSTS　　　　-2-　　　　CASE NO. 03-4969 SI